

FILED

02/19/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0668

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0668

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

CLAYTON DOUGLAS KIRN,

     Defendant and Appellant,

_____

O R D E R

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Clayton Douglas Kirn has filed three motions: for a sixty-day extension of time to file a response to the pending *Anders*[1] brief; for production of records, and "for order of production of transcripts," all filed on February 14, 2025.

On January 30, 2025, this Court received a motion for withdrawal of counsel and *Anders* brief, filed by Kirn's appellate counsel. On the same day, we ordered that Kirn would have thirty days to file and serve his response on all counsel. We also ordered that Kirn's counsel provide Kirn "upon his written request with a copy of the relevant record and transcripts on appeal." Kirn references this Court's recent Order.

Kirn has provided a written request, serving a copy of the motion of production of records upon his appellate counsel. We observe that Kirn's two requests for production are outside of the record on appeal, referring to a juvenile proceeding from 1993-1994, which is not relevant to his pending appeal or referenced in this Court's January 30, 2025 Order. Kirn states in his motion for an extension of time that he is unable to respond and that as of February 6, 2025, he has not received copies of the *Anders* brief or of the court record.

Therefore, based upon the foregoing,

_____

[1] *Anders v. CA.*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

IT IS ORDERED that:

1. Kirn's Motion for Extension of Time is GRANTED and that Kirn shall prepare, file, and serve his response on or before March 31, 2025. This Court has included all names of counsel in this appeal, as listed below for Kirn's reference;

2. Kirn's written request for copies of the relevant record and transcripts on appeal is RECEIVED and that his counsel shall provide Kirn with such copies, unless counsel has previously done so; and

3. Krin's "Motion for Order of Production of Transcripts" for a thirty-year old juvenile proceeding is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: Austin M. Knudsen, Attorney General; Matthew Calvin Enrooth, Butte-Silver Bow County Attorney; Tammy A. Hinderman, Appellate Defender Division; Rufus I. Peace, Appellate Defense Counsel; and Clayton Douglas Kirn personally.

DATED THIS 18 day of February, 2025.

For the Court,

By _____
Chief Justice

2